RECEIVED
SDNY PRO SE OFFICE
2022 JAN 24  AM 11:18

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Robert Murray
known as LEViticus Lucfer

Write the full name of each plaintiff.

No. _____

(To be filled out by Clerk's Office)

-against-

C.O. Pratt et al
~~~~~~~~~~~~~ John Doe. Capt, Jan Doe
Capt John Doe mental health Department
Department of (OMH) 2 Jan Doe Dep.S.

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes  ☒ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _C-95/C-71 heart ILand_

Date(s) of occurrence: _12-16-2021_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

12-16-2020 I had To go Down To heart ILand clinic I was in C-95 Hallway when I stope at heart ILand Door Because I was stopeing There Because I was threaten By inmaints Pratt and A Nothere officer approached me in the hallway Telling me That They should fuck me up for Fileing Lawsuite I walk from one Side of The hallway To get away I walk form Them I was followed c.o. partt and John Doe hit me off my Feet which pick me up of my feet I landid To The Floor wich injord my lowerd Back and Leg its cambros in The hallway and The officer and capt That was The hed Body cams I was in fear of my life in C-95 Do To officers having a hit on me I was Taken of The foor and put on a geney and To The Hospita in The Facility Then was Taken Back TO

This go with The complant That is Dated 1-14-22

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

D.O.C was not alowing The Doctor To make The proper Doiness I in a wheechair I have low Back pain

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

100,000,000 Compitory Damiges
100,000,000 punitive Damiges

I wadd like To court To oder all amrae footge all Body cam footge and all jail Hose footge The court will see The Troth

Robort murray known as Leviticus Loofer

The cell area in 3Lower where Threaten my life Because The c.o. had (10 pack) of Smokes on my bed I was Tell The officers and capt my life was in Danger They put in The House on The Bed and left me There inmaits was Not Feeding me my religious meals was Being Denide 3 Days of Being Torture inmate I Told a lady Capt I DiD Not Eate Breakfast She left Then The officer Told The inmate To Troe somthing on him The inmate Trogh Hot water on me The The Slot of The cell 1 cup and one pan of Hot water The water in The pan landid on my Back wich pilled my skin so I Floodid The cell The capt. Came Back and sprayed mased me I was Take of The floor of The cell Do To I cant walk Do To The incerdant of 12-16-21

The courts would have to order the taps to see that the officers was flicting the Law I was also put Back in heart Iland wher my food was Being Denid I was in a cell with No Tolet No water I was Liveing like a Dog I Beleve I got out of the Jan.2, 2020 The officer was Trying To Kill me and They gave me covid 19 To kill me Because what I know about officer Rapeing inmates on Rakers Iland, I got Asslelted on Dec. 16 and was Not send For out Side Tretment ~~~~~ I was in The cell Liveing on The floor.

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: C.O. Partt et al

First Name: C.O. (C-95)(C-71)    Last Name: Hardt Iland    Shield #:

Current Job Title (or other identifying information): 18-18 Hazen & East Elmhurst

Current Work Address

County/City: NY    State: NY    Zip Code: 11370

Defendant 2: OMH

First Name    Last Name    Shield #

Current Job Title (or other identifying information): mantal Health Dept.

Current Work Address

County, City    State    Zip Code

Defendant 3: D.O.C. Department

First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

Defendant 4: 2 John Doe Dept.

First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

Page 3

## I.  LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II.  PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Robert | Lee | Murray
First Name | Middle Initial | Last Name

Leviticus Lucifer

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Bellevue Hospital 462 1st ave
Current Place of Detention

NY NY
Institutional Address

NY | | 10016
County, City | State | Zip Code

## III.  PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

__1-14-22__  
Dated

__[signature]__  
Plaintiff's Signature

__Kent__  
First Name

__E__  
Middle Initial

__murray__  
Last Name

_____  
Prison Address

_____  
County, City        State        Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: __1-14-22__

Page 6

Robert Murray
Seq-21-03473
Bellevue Hospital
462 1st ave
NY NY 10016

1/14/22
legal mail

SDNY PRO SE OFFICE
Pro-Se Office
US District court
Southern District of NY
500 Pearl Street
NY NY 10007