UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ROBERT MURRAY *also known as* LEVITICUS,  :
LUCFER

                        Plaintiff,                :            ORDER

               -v.-                               :
                                                              22 Civ. 638 (GHW) (GWG)
C.O. PRATT, et al.,                               :

                        Defendant.                :
--------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

On March 18, 2022, Judge Oetken issued an Order of Service which included a <u>Valentin</u> Order directing the New York City Law Department to identify the John Doe defendants named in plaintiff's complaint. (Docket # 6). Judge Oetken ordered that "[w]ithin thirty days of receiving this information, Plaintiff must file an amended complaint naming the John Doe Defendants."

On August 12, 2022, the Law Department filed a letter identifying the John Doe defendants and noting that an electronic request for a waiver of service can be issued with respect to each of them. (Docket #25). The Law Department's letter was served on plaintiff via mail that same day. <u>Id.</u>

Accordingly, on or before September 12, 2022, plaintiff shall file an amended complaint naming the John Doe defendants. Plaintiff is reminded that the amended complaint will replace, not supplement, the original complaint. An amended complaint form that plaintiff should complete is attached to this order. Once plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order asking defendants to waive service.

SO ORDERED.

Dated: August 15, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*


-against-


_____

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s).  If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Part I.  Addresses should not be included here.)*

___ ___ **Civ.** _____ (____)


**AMENDED
COMPLAINT**__


Jury Trial:  ☐ Yes      ☐ No
(check one)


I.      **Parties in this complaint:**

A.      List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff      Name _____

               Street Address _____

               County, City _____

               State & Zip Code _____

               Telephone Number _____

B.      List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant  No. 1          Name _____

                          Street Address _____

                          County, City _____

                          State & Zip Code _____

                          Telephone Number _____


Defendant  No. 2          Name _____

                          Street Address _____

                          County, City _____

                          State & Zip Code _____

                          Telephone Number _____


Defendant  No. 3          Name _____

                          Street Address _____

                          County, City _____

                          State & Zip Code _____

                          Telephone Number _____


Defendant  No. 4          Name _____

                          Street Address _____

                          County, City _____

                          State & Zip Code _____

                          Telephone Number _____


**II.    Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.       What is the basis for federal court jurisdiction?  *(check all that apply)*

         ☐ Federal Questions                    ☐ Diversity of Citizenship

B.       If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
         _____
         _____

C.       If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

         Plaintiff(s) state(s) of citizenship _____

         Defendant(s) state(s) of citizenship _____

         _____

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? _____

_____

B.      What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

C.      Facts:  _____

_____

| What happened to you? |
_____

_____

_____

| Who did what? |
_____

_____

_____

_____

| Was anyone else involved? |
_____

_____

_____

| Who else saw what happened? |
_____

_____

_____

_____


**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  _____

_____

_____

_____

_____

_____

_____

**V.      Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

Signature of Plaintiff      _____

Mailing Address      _____

_____

_____

Telephone Number      _____

Fax Number *(if you have one)*   _____

<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.


<u>For Prisoners</u>:

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _____

Inmate Number      _____

*Rev. 12/2009*                              4