UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MURRAY, *as Leviticus Lucifer*

                          Plaintiff(s),

       -against-

C.O. PRATT, et. al.,

                          Defendant(s).

22 Civ. 638 (JPO) (GWG)

ORDER OF SERVICE

**HON. GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Plaintiff pro se Robert Murray brings this action under 42 U.S.C. § 1983, alleging that while he was detained by the New York City Department of Corrections ("DOC"), defendants violated his civil rights. (Docket # 2). On March 15, 2022, plaintiff was granted leave to proceed in forma pauperis, that is, without prepayment of fees. (Docket # 4). On March 18, 2022, the court ordered the New York City Law Department to identify various defendants named in plaintiff's complaint. (Docket # 6). The Law Department responded on August 12, 2022, (Docket # 25), and on March 2, 2023, plaintiff filed an Amended Complaint naming several initially unnamed defendants, (Docket # 31). The Amended Complaint names, inter alia, the following individual defendants, as identified by the Law Department: Louis Guglielmetti, Andy McMillan, Manuel Aldir, Kaseem Martin, and Courtney Rogers. Id. at *7-8.

      The Clerk of Court is directed to notify the New York City Department of Corrections and the New York City Law Department of this order. The Court requests that Corrections Officer Louis Guglielmetti, Shield # 13689; Corrections Officer Andy McMillan, Shield # 14757; Corrections Officer Manuel Aldir, Shield # 10633; Corrections Officer Kaseem Martin, Shield # 3162; and Captain Courtney Rogers, Shield # 506 waive service of summons.

      SO ORDERED.

Dated: March 3, 2023
       New York, New York

                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge