UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MURRAY, *as Leviticus Lucifer*

                       Plaintiff(s),

    -against-

C.O. PRATT, et. al.,

                       Defendant(s).

22 Civ. 638 (JPO) (GWG)

ORDER OF SERVICE

HON. GABRIEL W. GORENSTEIN, United States Magistrate Judge:

      The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Correction Officer William Pratt, Shield No. 11969 waive service of summons.

SO ORDERED.

Dated:   March 24, 2023
             New York, New York

                                                  HON. GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge