UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ROBERT MURRAY, *as Leviticus Lucifer*,   :

             Plaintiff,   :

                                       ORDER
   -against-   :   22 Civ. 638 (JPO) (GWG)

C.O. PRATT, et al.,   :

            Defendants.   :
-------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      It has come to the Court's attention in another case that letters sent to plaintiff's address as now listed on the docket sheet have been returned as undeliverable and that plaintiff has been relocated to a new facility. See Docket ## 52 & 54 in Murray v. Dabo, 22 Civ. 4026. In light of this fact, the Clerk is directed to change plaintiff's address on the docket sheet to:

> Robert Murray
> C# 15010
> Mid-Hudson Forensic Psychiatric Center
> 2834 Route 17M
> New Hampton, NY 10958

      SO ORDERED.

Dated: June 22, 2023
       New York, New York

                                                  _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge