UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ROBERT MURRAY, *as Leviticus Lucifer*,   :

        Plaintiff,   :

                                    ORDER
  -against-   :   22 Civ. 638 (JPO) (GWG)

C.O. PRATT, et al.,   :

        Defendants.   :
-------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    It has come to the Court's attention in another case that plaintiff has been relocated to a new facility.  See Docket # 37 in Murray v. C.O. John Doe, 22 Civ. 973.  In light of this fact, the Clerk is directed to change plaintiff's address on the docket sheet to:

                Robert Murray
                BC # 9902300038
                    GRVC
                09-09 Hazen St.
            East Elmhurst, NY 11370

    SO ORDERED.

Dated:  August 23, 2023
           New York, New York

                                                                       GABRIEL W. GORENSTEIN
                                                                       United States Magistrate Judge