UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROBERT MURRAY, *as Leviticus Lucifer*,

                           Plaintiff,                      22 Civ. 00638 (JPO) (GS)

               -against-                                     **ORDER**

C.O. Pratt, *et al.*,

                           Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        The Court is in receipt of Plaintiff's letter dated October 5, 2023 addressed to Magistrate Judge Gorenstein and attaching a copy of discovery materials provided by Plaintiff to Defendants. (*See* Dkt. No. 54). The Court advises Plaintiff that discovery materials exchanged between Plaintiff and Defendants should not be filed on the docket unless they are used as supporting exhibits for a particular motion. Absent that exception, discovery materials are to be exchanged only among the parties and are not for the Court's review.

        Plaintiff's attachments include certain personal identifiable information in violation of Rule 5.2 of the Federal Rules of Civil Procedure. The Clerk of Court is thus respectfully directed to strike Docket Number 54.

        The Clerk of Court is further directed to mail a copy of this Order to Plaintiff at BC # 9902300038, 09-09 Hazen Street, East Elmhurst, NY 11370.

        **SO ORDERED.**

DATED:     New York, New York
                October 18, 2023

                                                                    The Honorable Gary Stein
                                                                    United States Magistrate Judge