UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT L. MURRAY,

                              Plaintiff,                        **22 Civ. 638 (JPO) (GS)**

      -against-                                   **ORDER**

C.O. PRATT, *et al.*,

                              Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       Pursuant to the Court's prior Order (Dkt. No. 59), Defendants were directed to submit a status update every 30 days regarding progress made to contact Plaintiff, incarcerated at West Facility on Rikers Island (*see* Docket Entry dated April 11, 2024 in *Murray v. C.O. John Doe, et al.*, No. 22 Civ. 973 (JPO) (GS)), and engage in settlement discussions. Defendants submitted a status report on April 1, 2024 (Dkt. No. 60), but have failed to submit a subsequent report, which was due on Wednesday, May 1, 2024. Defendants are hereby directed to submit a status report, in compliance with the Court's prior Order, by Monday, June 3, 2024, and every 30 days thereafter, unless otherwise directed by the Court.

       The Court cautions Defendants that it will not continue to stay this action absent efforts to contact Plaintiff and engage in settlement discussions or, at a minimum, a reasonable explanation as to why Defendants are unable to do so.

       **SO ORDERED.**

DATED:    May 16, 2024
                 New York, New York

                                                                   The Honorable Gary Stein
                                                                   United States Magistrate Judge