UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT L. MURRAY,

                        Plaintiff,                    22 Civ. No. 638 (JPO) (GS)

       -against-                            **ORDER**

C.O. JOHN DOE, et al.,

                        Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The Court is in receipt of Defendants' August 12, 2024 status update on their efforts to engage in settlement discussions with Plaintiff. (Dkt. No. 68). Defendants shall submit a subsequent status update by September 4, 2024 following their August 28, 2024 conference with Plaintiff in *Murray v. City of New York*, 21 Civ. 6718 (LJL) (S.D.N.Y. 2021).

       Additionally, based on the Court's review of publicly available records, it appears that Plaintiff is no longer located at his address on record. The Clerk of Court is respectfully directed to update Plaintiff's address on record to the following and mail a copy of this Order to the same:

                Robert Murray
                B&C: 9902300038
                Otis Bantum Correctional Center
                16-00 Hazen Street
                East Elmhurst, NY 11370

   **SO ORDERED.**

DATED:    August 22, 2024
                New York, New York

                                            _____
                                            The Honorable Gary Stein
                                            United States Magistrate Judge