UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MURRAY,

                Plaintiff,

-v-

C.O. PRATT, *et al.*,

                Defendants.

22-CV-638 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On May 20, 2025, the Court issued an amended order revoking Plaintiff Robert Murray's *in forma pauperis* ("IFP") status and ordering Murray to pay the Court's $405 filing fee no later than June 10, 2025 or face dismissal. To date, Murray has not paid that fee, nor has he communicated with the Court regarding a request for extension of time or a general status letter.

Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action *sua sponte* for failure to prosecute or abide by court rules after notifying the plaintiff that it intends to do so. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001). The Court thus dismisses Murray's case without prejudice to refiling, provided that he pay the filing fee in his new action.

The Clerk of Court is directed to terminate this case and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: July 14, 2025
       New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge